MILDRED W. KOFF, Appellant, v. SEYMOUR J. KOFF, Respondent.—

Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.